In the Matter of the Claim of PATRICK DE STEFANO, Respondent, against COLGATE-PALMOLIVE-PEET COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.——

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.